

USA No. 2000Z00668

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL ACTION |
| v. | * | NO. 00-089 |
| **KASEDDRA BAHAM** | * | Section "F" |
| * * * | | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Kaseddra Baham, whose last known address is 1719 General Taylor, New Orleans, LA 70115, in the above-captioned action in the amount of $15,030.85. The sum of $2,025.00 has been credited to the judgment debt, leaving a total balance due of $17,097.19, as of May 3, 2005.

Demand for payment of the above-stated debt was made upon Kaseddra Baham, but defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money to Kaseddra Baham, or is in possession of property of Kaseddra Baham, in which Kaseddra Baham has a substantial non-exempt interest.

```
___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No.___
```

The name and address of the Garnishee or its authorized agents:

>Hueys 24/7 Diner
>200 Magazine Street
>New Orleans, LA  70130
>Attn: Sue Ellen Robertson

>Respectfully submitted,
>
>JIM LETTEN
>UNITED STATES ATTORNEY
>
>*[signature]*
>
>ENEID A. FRANCIS
>Assistant United States Attorney
>Bar Roll No. 5816
>500 Poydras Street, Room B210
>Hale Boggs Federal Building
>New Orleans, LA  70130
>Telephone: (504) 680-3060