U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAY - 9 2005

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-089 |
| KASEDDRA BAHAM | * | Section "F" |

\* \* \*

### O R D E R

The United States of America has applied for issuance of a Writ of Garnishment in order to satisfy the judgment entered against Kaseddra Baham;

IT IS HEREBY ORDERED that the Clerk issue the Writ of Garnishment and Hueys 24/7 Diner be made garnishee and ordered to answer the writ within 10 days from service.

New Orleans, Louisiana, this 9TH day of MAY, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

- 3 -

USA No. 2000Z00668

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-089 |
| KASEDDRA BAHAM | * | SECTION: "F" |

\* \* \*

### WRIT OF GARNISHMENT

GREETINGS TO:

    Hueys 24/7 Diner
    200 Magazine Street
    New Orleans, LA 70130
    Attn: Sue Ellen Robertson

An application for a Writ of Garnishment against the property of defendant, Kaseddra Baham, 1719 General Taylor, New Orleans, LA 70115, has been filed with this Court. A judgment was entered against Kaseddra Baham in the amount of $15,030.85. A balance of $17,097.19 remains outstanding.

You are required by law to answer in writing, under oath, within 10 days, whether or not you have in your custody, control or

- 1 -

possession, any property owned by defendant, Kaseddra Baham, including non-exempt disposable earnings.

You must file the original written answer to this writ within 10 days of your receipt of this writ with the Clerk of Court, United States District, 500 Poydras Street, New Orleans, LA 70130. Additionally, you are required by law to serve a copy of your answer upon:

 (1) Kaseddra Baham
   1719 General Taylor
   New Orleans, LA 70115

and

 (2) United States Attorney's Office
   Financial Litigation Unit
   Hale Boggs Federal Building
   500 Poydras Street, Rom B210
   New Orleans, LA  70130

You are required to withhold and retain any property or funds in which Kaseddra Baham has a substantial non-exempt interest for which you are or may become indebted to Kaseddra Baham pending further order of the court. Under the law, there may be property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this writ is listed on the attachment entitled Exemptions Under Federal and State Law. It is unlawful to pay or deliver to the defendant any item attached by this writ. Pursuant to 15 U.S.C. § 1674, Hueys 24/7 Diner is prohibited from discharging Kaseddra Baham from employment because her earnings have been subject to garnishment.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the court for an order requiring you to appear before the court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the court may enter a judgment against you for the value of the defendant's non-exempt property. In addition, you may be liable for a reasonable attorney's fee to the United States of America.

New Orleans, Louisiana, this __09__ day of __MAY__, 2005.

                                           **LORETTA G. WHYTE**
                                           UNITED STATES DISTRICT CLERK

                                           by Deputy Clerk

**CLAIM FOR EXEMPTION FORM**
**EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)**

I claim that the exemption(s) from the levy which are checked below apply in this case:

_____ 1. **Wearing apparel and school books.**
--Such items of wearing apparel and such school books as are necessary for the debtor or for members of her family.

_____ 2. **Fuel, provisions, furniture, and personal effects.**
-- So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed $2,500 in value.

_____ 3. **Books and tools of a trade, business, or profession.**
--So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $1,250 in value.

_____ 4. **Unemployment benefits.**
--Any amount payable to an individual with respect to her unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

_____ 5. **Undelivered mail.**
--Mail, addressed to any person, which has not been delivered to the addressee.

_____ 6. **Certain annuity and pension payments.**
--Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. § 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.

_____ 7. **Worker's Compensation.**
--Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a worker's compensation law of the

United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

\_\_\_\_ 8. **Judgments for support of minor children.**
--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of her minor children, so much of her salary, wages, or other income as is necessary to comply with such judgment.

\_\_\_\_ 9. **Certain service-connected disability payments.**
--Any amount payable to an individual as a service-connected (within the meaning of 38 U.S.C. § 101(16)) disability benefit under --(A) subchapter II, III, IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 37 or 39 of such Title 38.

\_\_\_\_ 10. **Assistance under Job Training Partnership Act.**
-- Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. § 1501 *et seq.*) from funds appropriated pursuant to such Act.

The statements made in this claim of settlement to exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

\_\_\_\_ I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

_____

_____

_____

or telephonically at (   )_____.

_____
Signature

_____
Date

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-089 |
| KASEDDRA BAHAM | * | Section "F" |
| * | * | * |

### CLERK'S NOTICE OF GARNISHMENT

YOU ARE HEREBY NOTIFIED that a garnishment is being taken by the United States of America which obtained a judgment against you in the United States District Court, Eastern District of Louisiana, Criminal Action No. 00-089, Section "F", in the sum of $15,030.85. A balance of $17,097.19 remains outstanding.

YOU ARE FURTHER NOTIFIED that there are exemptions under the law which may protect some of the property from being taken by the United States of America if you can show that the exemptions apply. Attached is a Claim for Exemption Form which lists a summary of the major exemptions which apply in most situations in the State of Louisiana. If you are Kaseddra Baham, you have a right to ask the court to return your property to you if you think you do not owe

- 1 -

the money the United States of America is taking, or you think that the property the United States of America is taking qualifies under one of the exemptions referred to above.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing. If you wish, you may use this notice to request the hearing by checking the box below. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. If you do not request a hearing within 20 days of receiving this notice, the garnishment will become effective.

You must either mail or deliver your written request in person to the Clerk, United States District Court, 500 Poydras Street, New Orleans, LA 70130. A copy of your request must also be sent to the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 500 Poydras Street, Room B210, New Orleans, LA 70130, so the United States of America will know you want a hearing. At the hearing you may explain to the judge why you think you do not owe the money to the United States of America.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail or deliver it in person to the Clerk, United States District Court, 500 Poydras Street, New Orleans, LA

70130. A copy of your request must also be sent to the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 500 Poydras Street, Room B210, New Orleans, LA 70130, so the United States of America will know you want the proceeding to be transferred.

    Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

                                                 **LORETTA G. WHYTE**
CLERK, U.S. DISTRICT COURT

*[signature]*
by Deputy Clerk

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-089 |
| KASEDDRA BAHAM | * | Section "F" |
| | *    *    * | |

### REQUEST FOR HEARING

I request a hearing because:

_____    I disagree with the reason that the United States of America gives for taking my property.

_____    I do not owe the money to the United States of America as it says I do.

_____    The property that the United States of America is taking is exempt. The Claim for Exemption Form indicating my exemptions is attached.

 

                                      Defendant's Signature
                                      KASEDDRA BAHAM

Address: _____

                 _____

Telephone: _____

Date: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA    *    CRIMINAL ACTION

v.                          *    NO. 00-089

KASEDDRA BAHAM              *    SECTION: "F"

           *    *    *

## ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:

A.   IF GARNISHEE IS AN INDIVIDUAL:

That the debtor is Garnishee herein doing business in the name of _____, whose address is _____.

IF THE GARNISHEE IS A PARTNERSHIP:

That the debtor is a member _____ of a partnership composed of which Garnishee is a partner.

- 1 -

IF GARNISHEE IS A CORPORATION:

    That the debtor is the _____ of Garnishee, _____ a corporation, organized under the laws of the State of _____, who address is _____ _____.

B.    On _____, 2005, Garnishee was served with the Writ of Garnishment for the pay period in effect on the date of service.

1.    Defendant was in my/our employ.  _____ Yes  \_\_\_\_\_ No

2.    Pay period is \_\_\_ weekly, \_\_\_ bi-weekly,

    \_\_\_ semi-monthly, \_\_\_ monthly.

    The pay period in effect on the Order and Writ of Garnishment were served began on _____.

3.    Enter amount of net wages. Calculate below:

        (a)    Gross Pay $ _____

        (b)    Federal income tax  $ _____

        (c)    F.I.C.A. income tax  $ _____

        (d)    State income tax  $ _____

        (e)    Total of tax withholdings  $ _____

    Net Wages        $ _____
    (**a** less **e**)

4.    Have there been previous garnishments which are presently in effect.

            \_\_\_\_ Yes    _____ No

If the answer is yes, describe below.

_____
_____
_____
_____

C. Garnishee has custody, control or possession of the following property (non-earnings), in which the judgment-debtor maintains an interest:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ |
| 4. | _____ | _____ | _____ |

D. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate Date or Period Due |
|---|---|---|
| 1. | $_____ | _____ |
| 2. | $_____ | _____ |
| 3. | $_____ | _____ |
| 4. | $_____ | _____ |

E. Check the applicable line below, if you deny that you hold property subject to this order of garnishment.

_____ Garnishee makes the following claim of exemption on the part of judgment-debtor:

_____
_____
_____

- 3 -

OR

_____    Garnishee has the following objections, defenses, or set-offs to plaintiff's right to apply Garnishee's indebtedness to judgment-debtor upon plaintiff's claim:

_____

_____

_____

_____    Garnishee was then in no manner and upon no account indebted or under liability to the defendant, and that the Garnishee did not have in its possession or control any property belonging to the judgment-debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

F.  Garnishee mailed the original of this answer by first-class mail to the Clerk of Court, United States District Court, 500 Poydras Street, New Orleans, LA 70130, and a copy of this answer by first-class mail to (1) Kaseddra Baham, at 1719 General Taylor, New Orleans, LA 70115 and (2) the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 500 Poydras Street, Room B210, New Orleans, LA 70130.

_____
                       GARNISHEE

Subscribed and sworn to before me this

_____ day of _____ 20\_\_\_.

_____
        Notary Public

My commission expires: _____

## ATTACHMENT TO ANSWER OF GARNISHEE

The original Answer must be mailed to:

> Clerk, United States District Court
> 500 Poydras Street
> New Orleans, LA 70130

and a copy of this Answer to:

> United States Attorney's Office
> Financial Litigation Unit
> Hale Boggs Federal Building
> 500 Poydras Street, Room B210
> New Orleans, LA  70130

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

---

*Financial Litigation Unit*          *Hale Boggs Federal Building*    *Telephone: (504) 680-Veronica Osby*
                                     *500 Poydras Street, Room B210*         *Fax: (504) 589-3602*
                                     *New Orleans, LA  70130*

TO:   Hueys 24/7 Diner
      200 Magazine Street
      New Orleans, LA 70130
      Attn: Sue Ellen Robertson

## INSTRUCTIONS TO THE GARNISHEE

Attached is a Writ of Garnishment requesting that you determine whether you have in your possession, custody or control any of the property or funds of Kaseddra Baham listed therein, or any other property of Kaseddra Baham. You are required by law to file a written answer to this writ with the court within 10 days of your receipt of this writ and serve a copy of the Answer upon Kaseddra Baham and counsel for the United States of America.

You are further required to withhold and retain all non-exempt property belonging to Kaseddra Baham, including but limited to 25 percent of the non-exempt disposable earnings owed to Kaseddra Baham or the amount by which disposable earnings exceeds 30 times the current federal minimum hourly wage, whichever is less. Federal law does not permit the withholding of that much of the debtor's disposable earnings in the following cases:

1. Deductions are being made from a judgment debtors's income for alimony, support or maintenance of family members or former spouses, and those deductions equal or exceed 25 percent of the debtor's disposable earnings, no deductions can be made under this garnishment.

2. Deductions are being made from a judgment debtors's income for alimony, support or maintenance of family members or former spouses, and those deductions less than 25 percent of the debtor's disposable earnings, deductions may be made under this garnishment. However, the total amount of the deductions for alimony, support or maintenance of family members or former spouses, and this garnishment cannot exceed 25 percent of the debtor's disposable earnings.

A list of exemptions which are not subject to the Writ of Garnishment can be found on the attachment to the writ entitled

Exemptions Under Federal and State Law. Any funds withheld must be retained by you until further orders of the court.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEBTOR'S NON-EXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES OF AMERICA IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

If you have any additional questions, please contact Debt Collection Agent, Veronica Osby at (504) 680-3036, or write to: United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 500 Poydras Street, Room B210, New Orleans, LA 70130.

Very truly yours,

JIM LETTEN
UNITED STATES ATTORNEY

ENEID A. FRANCIS
Assistant United States Attorney