UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-089 |
| KASEDDRA BAHAM | * | SECTION: "F" |

\* \* \*

### CERTIFICATION OF SERVICE
### OF DOCUMENTS ON JUDGMENT DEBTOR

The United States of America hereby certifies that a copy of the Writ of Garnishment and the Clerk's Notice of Garnishment were served by certified mail on Kaseddra Baham, judgment-debtor, at the judgment-debtor's last known address. Service was also made upon the Garnishee.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_Veronica Osby_
Veronica Osby
Debt Collection Agent
Hale Boggs Federal Building
500 Poydras Street, Room B210
New Orleans, LA  70130
Telephone:  (504) 680-3036