


RECEIVED
UNITED STATES MARSHAL
2005 MAY 11 AM 8:22
EASTERN DISTRICT OF
LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUL - 5 2005
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA   *   CRIMINAL ACTION

v.   *   NO. 00-089

KASEDDRA BAHAM   *   SECTION: "F"

\*   \*   \*

### ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:

A.   IF GARNISHEE IS AN INDIVIDUAL:

That the debtor is Garnishee herein doing business in the name of _____, whose address is _____.

IF THE GARNISHEE IS A PARTNERSHIP:

That the debtor is a member _____ of a partnership composed of which Garnishee is a partner.

- 1 -

\_\_ Fee_____
\_\_ Process_____
X  Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No._____

IF GARNISHEE IS A CORPORATION:

That the debtor is the _employee_ of Garnishee, _200 Magazine, LLC_ a corporation, organized under the laws of the State of _LA_, who address is _200 Magazine St, New Orleans, LA 70130_.

B.  On _May 19_, 2005, Garnishee was served with the Writ of Garnishment for the pay period in effect on the date of service.

1. Defendant was in my/our employ. ✓ Yes ___ No
2. Pay period is ___ weekly, ✓ bi-weekly, ___ semi-monthly, ___ monthly.

   The pay period in effect on the Order and Writ of Garnishment were served began on _May 16, 2005_.

3. Enter amount of net wages. Calculate below:
   (a) Gross Pay $ 783.45
   (b) Federal income tax $ 51.56
   (c) F.T.C.A. income tax $ 48.57
   (d) State income tax $ 19.73
   (e) Total of tax withholdings $ 131.22

   Net Wages         $ 652.23
   (a less e)

4. Have there been previous garnishments which are presently in effect.
   ___ Yes  ✓ No

If the answer is yes, describe below.

_____

_____

_____

_____

☒. Garnishee has custody, control or possession of the following property (non-earnings), in which the judgment-debtor maintains an interest:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

☒. Garnishee anticipates owing to the judgment debtor in the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

☒. Check the applicable line below, if you deny that you hold property subject to this order of garnishment.

_____   Garnishee makes the following claim of exemption on the part of judgment-debtor:

_____

_____

_____

- 3 -

OR

____    Garnishee has the following objections, defenses, or set-offs to plaintiff's right to apply Garnishee's indebtedness to judgment-debtor upon plaintiff's claim:

_____

_____

_____

____    Garnishee was then in no manner and upon no account indebted or under liability to the defendant, and that the Garnishee did not have in its possession or control any property belonging to the judgment-debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

F. Garnishee mailed the original of this answer by first-class mail to the Clerk of Court, United States District Court, 500 Poydras Street, New Orleans, LA 70130, and a copy of this answer by first-class mail to (1) Kaseddra Baham, at 1719 General Taylor, New Orleans, LA 70115 and (2) the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 500 Poydras Street, Room B210, New Orleans, LA 70130.

*Sue Ellen Robertson*
GARNISHEE

Subscribed and sworn to before me this

_____ day of _____ 20___.

_____
Notary Public

My commission expires: _____

- 4 -

## ATTACHMENT TO ANSWER OF GARNISHEE

The original Answer must be mailed to:

    Clerk, United States District Court
    500 Poydras Street
    New Orleans, LA 70130

and a copy of this Answer to:

    United States Attorney's Office
    Financial Litigation Unit
    Hale Boggs Federal Building
    500 Poydras Street, Room B210
    New Orleans, LA 70130