

USA No. 2000Z00668

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-089 |
| KASEDDRA BAHAM | * | Section "F" |

                                           *      *      *

### MOTION FOR ENTRY OF GARNISHEE ORDER

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, and moves for entry of a Garnishee Order pursuant to 28 U.S.C. § 3205(c)(7) moves for the reasons set forth below.

1.  A Writ of Garnishment directed to Hueys 24/7 Diner, garnishee, was duly issued and served on Hueys 24/7 Diner.

2.  Pursuant to the Writ of Garnishment, Hueys 24/7 Diner filed an Answer stating that at the time of service of the Writ of Garnishment, it had in its possession or under its control, personal property belonging to or due to Kaseddra Baham, and that it was indebted to Kaseddra Baham.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____
```

3. More than 20 days have elapsed since the defendant was notified of the right to a hearing and a hearing to determine exempt property has not been requested.

4. Under 28 U.S.C. § 3205(c)(7), after the garnishee files an answer and if no hearing is requested, the court shall promptly issue an order directing the garnishee as to the disposition of the judgment debtor's property.

Accordingly, the United States of America, moves that a Garnishee Order be entered directing Hueys 24/7 Diner as to the disposition of the defendant's property in its custody, possession or control.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No 5816
Hale Boggs Federal Building
500 Poydras Street, Room B210
New Orleans, LA 70130
Telephone: (504) 680-3060