FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 25 PM 4:52

LORETTA G. WHYTE
         CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-089 |
| KASEDDRA BAHAM | * | Section "F" |
| | * * * | |

### GARNISHEE ORDER

Considering the Motion for Entry of Garnishee Order filed by the United States of America,

IT IS HEREBY ORDERED that Hueys 24/7 Diner pay the United States of America the lesser of: (1) 25 percent of defendant's disposable earnings each pay period, 28 U.S.C. §§ 3205(a), 3002(9), or (2) the amount by which defendant's disposable earnings exceed 30 times the Federal minimum hourly wage as prescribed by 29 U.S.C. § 206(a)(1) and 15 U.S.C. § 1673(a), and continue these payments until the debt is paid in full; Hueys 24/7 Diner no longer has custody, possession or control of any property belonging to Kaseddra Baham; or until

___ Fee_____
_/_ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No._____

further order of this court.  Payments are to be made to Clerk of Court as directed by the United States Attorney's Office.

New Orleans, Louisiana, this 25th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE