MINUTE ENTRY
MOORE, M.J.
AUGUST 23, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS                                                NO. **00-89**

KASEDDRA BAHAM                                        SECTION "F"

### INITIAL APPEARANCE PROBATION VIOLATION

APPEARANCES:  X / DEFENDANT WITH/(WITHOUT) COUNSEL _____
              X / ASST. U. S. ATTORNEY  ROBERT BOITMANN
              X / PROBATION OFFICER MICHAEL FULHAM  *Rodney Douglas for*
              __ / INTERPRETER,_____, SWORN (TIME: ___.M. TO ___.M.)

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
*September 2, 2005 at 10:00 AM.*
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
*August 25, 2005 at 2:00 p.m.*
X / RULE TO REVOKE PROBATION WILL BE SET
   BEFORE UNITED STATES DISTRICT JUDGE MARTIN L.C. FELDMAN

MJSTAR:  :14