# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 AUG 24 PM 4: 23
LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

v.

KASEDDRA BAHAM

**WARRANT FOR ARREST**

CASE NUMBER: CR, 00-89, SECT F

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Kaseddra Baham** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    (X) Probation Violation Petition    ( ) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with Violations of Probation

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**August 18, 2005   New Orleans, Louisiana**
Date and Location

_Charles A. Armond_
(By) Deputy Clerk
Signature of Issuing Officer

Bail fixed at $ _____    by _____
Name of Judicial Officer

| RETURN | Fee ___ Process ___ X Ckid ___ CtRmDep ___ Doc No ___ |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 7421 Pamela St., New Orleans, LA. | |
| DATE RECEIVED 8/18/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8/23/05 | Doug Farrell DUSM | _signature_ |