

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-089 |
| v. | * | SECTION: "F" |
| KASEDDRA BAHAM | * | |

\* \* \*

## RULE TO REVOKE PROBATION

**NOW INTO COURT** comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully represents the following:

**I.**

On May 24, 2000, the defendant, Kaseddra Baham, pled guilty to violating Title 18, United States Code, Sections 513 and 2 before this Honorable Court.

**II.**

On August 30, 2000, the defendant was sentenced to 5 years probation, with all the general conditions of probation and with the special condition that defendant make restitution to Schwegmann Giant Supermarkets in the amount of $7,088.08, Whitney National Bank in the amount of $3,977.57 and Hibernia Bank in the amount $4,045.20.

### III.

The defendant has violated the conditions of his probation in the following respect:

1. Baham has not paid the $100.00 monthly restitution payment as ordered by the court. Baham has only paid $2,025.00 and her balance remains at $13,005.85.

2. Baham has failed to report to the United States Probation Office as instructed on the following dates: November 26, 2001, Janmuary 4, February 15, October 10, October 16, December 13, 2002, March 5, June 16, May 3, June 1, August 20, September 2, September 8, September 10, November 1, November 22, 2004, February 14, April 29, May 12, June 14, July 20, July 25, and August 4, 2005.

**WHEREFORE**, the Government prays that the defendant, Kaseddra Baham, be brought before this Court and a copy of this rule be served upon her, and that she be ordered to show cause, if any she can why the probation granted on August 30, 2000, in the United States District Court for the Eastern District of Louisiana, should not be revoked for violation of the terms and conditions on her probation.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
Robert J. Boitmann
Assistant United States Attorney
La Bar Roll No. 3190
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3059

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the forgoing has been served upon counsel for defendant, by United States Mail, postage properly prepaid, this 24th day of August, 2005.

                                                          _____
                                                          ROBERT J. BOITMANN
                                                          Assistant United States Attorney