**U. S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
FILED **AUG 26 2005**
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-089 |
| v. | * | SECTION: "F" |
| KASEDDRA BAHAM | * | |

\* \* \*

### ORDER

**IT IS HEREBY ORDERED** that the defendant, Kaseddra Baham, be brought before this Court, a copy of this rule be served upon her, and that she show cause, if any she can, on the 21st day of September, 2005, at 2:00 a.m./ p.m., 500 Poydras Street, New Orleans, Louisiana, why the probation granted on August 30, 2000 by the United States District Court for the Eastern District of Louisiana, should not be revoked for violations of the terms and conditions of her probation.

New Orleans, Louisiana, this 25th day of August, 2005.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____