MINUTE ENTRY
AUGUST 25, 2005
MOORE, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-089 |
| KASEDDRA BAHAM | SECTION: F |

**DETENTION HEARING**

PRESENT:   X/DEFENDANT

   X/COUNSEL FOR THE DEFENDANT  CJA/FPD: _Valerie Jusselin_
   _500 Poydras St. Nola 70130_

   X/ASST. U.S. ATTORNEY  ROBERT BOITMANN

   __/INTERPRETER _____
   (Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

   __/GOVERNMENT WITNESS(ES) _____

   __/DEFENSE WITNESS(ES) _____

MJSTAR: :04

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

| | |
|---|---|
| KASEDDRA BAHAM | 00-089 F |
| DEFENDANT | CASE NO. |

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

**X** DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT $5,000.00 *personal surety*

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

*abide by all conditions of probation.*

___/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

**X** DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

___/ DEFENDANT IS NOT ENTITLED TO RELEASE.

___/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

___/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

___/THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

___/ OTHER: _____