```
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LOUISIANA

                                      FILED    SEP 1 9 2005

                                           LORETTA G. WHYTE
                                                 CLERK
```

MINUTE ENTRY
MOORE, M.J.
AUGUST 26, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-089 |
| KASEDDRA BAHAM | SECTION: F |

A hearing to perfect bond was held this date before Magistrate Judge Louis Moore, Jr.

PRESENT:   Kevin Boitmann for Robert Boitmann, Asst. U.S. Attorney
           Valerie Jusselin, Counsel for the defendant
           Mike Fulham, Pretrial Services Officer
           Kaseddra Baham, Defendant

Bond was previously set in the amount of $5,000.00 personal surety. Joan Davis Haymond was sworn and signed the bond in the amount of $5,000.00. The defendant is ordered to abide by all conditions of probation.

The bond papers were executed and the defendant was released.

LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

CLERK TO NOTIFY: U.S. ATTORNEY,
PRE-TRIAL SERVICES, U.S. PROBATION,
U.S. MARSHAL,
ATTORNEY FOR DEFENDANT, DEFENDANT

MJSTAR:  :07

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____