

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 30 AM 9: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| versus | * | CRIMINAL NO. 00-89 |
| KASEDDRA BAHAM | * | SECTION: "F" |
| | * * * | |

### RULE TO REVOKE PROBATION

**NOW INTO COURT** comes the United States of America, by and through the undesigned Assistant United States Attorney, and respectfully represents the following:

1.

On May 24, 2000, the defendant Kaseddra Baham, pled guilty to violating Title 18, United States Code, Section 513 before this Honorable Court.

2.

On August 30, 2000, defendant was sentenced to a five year term of probation, with all general conditions of probation.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

3.

In addition to the normal mandatory conditions of probation, this Court ordered three special conditions, i.e. financial disclosure, orientation and life skills program, and restitution in the amount of $15,030.85 at the rate of $100.00 per month.

4.

The defendant has violated the conditions of her probation in the following respect:

a. Ms. Baham has not paid the $100.00 monthly restitution payment as ordered by the Court. She has only paid $2,025.00 and her balance remains at $13,005.85.

b. Ms. Baham has failed to report to the United States Probation Office on November 26, 2001, January 4, 2002, February 15, 2002, October 10, 2002, October 16, 2002, December 13, 2002, March 5, 2004, June 16, 2004, May 3, 2004, June 1, 2004, August 20, 2004, September 2, 2004, September 8, 2004, September 10, 2004, November 1, 2004, November 22, 2004, February 14, 2005, April 29, 2005, May 12, 2005, June 14, 2005, July 20, 2005, July 25, 2005, and August 4, 2005.

5.

Defendant was previously scheduled for a Preliminary Examination on September 2, 2005. Due to the widespread damage caused by Hurricane Katrina on August 29, 2005, much of the Eastern District has been displaced and many citizens have been and continue to be subject to mandatory evacuation orders. The United States District Court for the Eastern District of Louisiana sitting in New Orleans has been closed for approximately thirty (30) days and will remain closed indefinitely. Upon information and belief, the City of New Orleans has not yet been able to provide

potable water or sewerage service in the Central Business District where the Courthouse is located. Although some Court business is being handled in Baton Rouge and Houma, Louisiana, this has involved pressing criminal matters involving newly arrested criminal defendants in custody.

6.

Accordingly, the Government requests that a formal hearing on the Rule to Revoke Probation be scheduled at a reasonable time under the circumstances.

**WHEREFORE,** the Government prays that the defendant, Kaseddra Baham, be brought before this Court and a copy of this rule be served upon her, and that she be ordered to show cause, if any she can, why her probation should not be revoked.

JIM LETTEN
UNITED STATES OF AMERICA

_____
MICHAEL W. MAGNER
Assistant United States Attorney
Louisiana Bar Roll No. 1206
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Facsimile: (225) 389-0561