UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| versus | * | CRIMINAL NO. 00-89 |
| KASEDDRA BAHAM | * | SECTION: "F" |

\* \* \*

## ORDER

Considering the foregoing Rule to Revoke Probation and the facts set forth therein,

**IT IS HEREBY ORDERED** that the defendant, Kaseddra Baham, be brought before this Court, a copy of this rule be served upon her, and that she show cause, if any, on the ___14th___ day of ___December___, 2005 at ___2:00___ P.m. why her probation should not be revoked.

Baton Rouge, Louisiana, this ___5th___ day of ~~September,~~ Oct 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____