

```
                                                      FILED
                                                 U.S. DISTRICT COURT
                                               EASTERN DISTRICT OF LA

                                                 2005 DEC -5  P 4: 28

                                                  LORETTA G. WHYTE
                                                        CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-089 |
| KASEDDRA BAHAM | * | SECTION: "F" |

**MOTION AND INCORPORATED MEMORANDUM**
**TO CONTINUE REVOCATION HEARING**

**NOW INTO COURT** comes defendant Kaseddra Baham, who through undersigned counsel, respectfully moves this Honorable Court for a continuance of the revocation hearing in this matter which is presently set for December 14, 2005. This request is made on the basis of the following:

1.

On September 30, 2005, a Rule to Revoke was filed in the instant matter. Undersigned counsel spoke with Ms. Baham who advised her that due to Hurricane Katrina, she evacuated to Houston, Texas. The defendant has not returned to Louisiana. The defendant recently obtained a job in Houston, Texas.

```
                                              __Fee_____
                                              __Proce____
                                              X_Dktd_____
                                              __CtRmDep__
                                              __Doc. No.__
```

Additional time is necessary to allow her to earn enough money to travel to Louisiana to attend the hearing.

2.

The defendant is currently on bond and has no objection to this request for a continuance.

3.

United States Probation Officer Michael Fulham has been contacted and has no objection to this motion.

4.

Assistant United States Attorney Robert J. Boitmann has been contacted and indicated that his office will defer to the probation officer.

**WHEREFORE**, undersigned counsel for the defense respectfully requests that the revocation hearing in this matter be continued.

Respectfully submitted this 5th day of December, 2005.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender

_____
VALERIE WELZ JUSSELIN
Assistant Federal Public Defender
500 Poydras Street, Suite 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar Roll No. 19825

**CERTIFICATE**

I hereby certify that a copy of the foregoing Motion and Incorporated Memorandum to Continue Revocation Hearing has been served on Assistant United States Attorney, Robert J. Boitmann, 3535 S. Sherwood Forest Boulevard, Suite 257, Baton Rouge, Louisiana, 70816 , via United States Mail, postage prepaid, and on United States Probation Officer Michael Fulham, by hand delivery, 500 Poydras Street, New Orleans, Louisiana, this 5th day of December, 2005.

_____
VALERIE WELZ JUSSELIN
Assistant Federal Public Defender