U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    DEC - 7 2005

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-089 |
| KASEDDRA BAHAM | * | SECTION: "F" |

### O R D E R

The foregoing considered,

**IT IS ORDERED** that the revocation hearing is continued until the 25th day of January, 2006, at 2 P.M.

New Orleans, Louisiana, this 7th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____