MINUTE ENTRY
FELDMAN, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-89 |
| KASEDDRA BAHAM | SECTION "F" |

JANUARY 25, 2006

CT. DEP. S HILL
CT REP. T TUSA

GOVT ATTY: ROBERT BOITMANN
DEFT ATTY; VALERIE JUSSELIN

HEARING ON GOVERNMENT'S MOTION TO REVOKE PROBATION:

DEFT WITN: JOAN HAYMOND, SWORN
           KASEDDRA BAHAM, SWORN
GOVT WITN: MIKE FULHAM, SWORN

ARGUMENT OF COUNSEL

COURT ORDERS THE RULE TO REVOKE PROBATION IS DISSOLVED. THE DEFENDANT SHALL SIGN A PROMISSORY NOTE FOR THE BALANCE OF ANY OUTSTANDING MONIES OWED.

COURT ADJORNED

JS10 : 1 HOUR

