UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| V. | * | NO. 00-89 |
| KASEDDRA BAHAM | * | SECTION: "F" |

\* \* \*

## MOTION TO AMEND JUDGMENT
## AND PROBATION/COMMITMENT ORDER

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, and moves for entry of an order amending the Judgment and Probation/Commitment Order so that the restitution payments can be disbursed directly to the victim, Capital One. In support of this motion the United States submits:

1. On August 30, 2000, this court entered a Judgment and Probation/Commitment Order in favor of the United States and against the defendant in the amount of $15,030.85.

2. The defendant was ordered to pay restitution to Hibernia National Bank in the amount of $4,045.20. Exhibit A.

3. Capital One is requesting a name and address change for all restitution owed to Hibernia National Bank. Exhibit B.

WHEREFORE, the United States of America prays that this motion be granted.

                                      Respectfully submitted,

                                      JIM LETTEN
                                      UNITED STATES ATTORNEY

                                      ENEID A. FRANCIS
                                      Assistant United States Attorney
                                      Bar Roll No. 5816
                                      Hale Boggs Federal Building
                                      500 Poydras Street, Second Floor
                                      New Orleans, LA 70130
                                      Telephone:(504) 680-3060