UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
VS. KASEDDRA BAHAM          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         CRIMINAL ACTION
                            (SOC. SEC. NO.)    00-89 F
                                               (CASE NO./SEC.)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 SEP -1 PM 1:24
LORETTA G. WHYTE
CLERK

JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government,     Month    Day    Year
the defendant appeared in person on this date --------( AUGUST 30, 2000 )

___ WITHOUT COUNSEL   However the court advised defendant of right to counsel and asked
                      whether defendant desired to have counsel appointed by the court
                      and the defendant thereupon waived assistance of counsel.

X WITH COUNSEL        VALERIE JUSSELIN FPD
                      (Name of Counsel)

Court Reporter's Name: TONI TUSA

PLEA:  X GUILTY, and the court being satisfied   __ NOLO CONTENDERE   __ NOT GUILTY
       that there is a factual basis for the plea.

                              (__ NOT GUILTY.  Defendant is discharged.
There being a finding of
                              (X GUILTY on MAY 24, 2000

The defendant has been convicted as charged of the offense(s) of 18 USC 513 POSSESSING AND UTTERING FORGED SECURITIES
The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby placed on probation for a term of five years as to Count 1. The defendant shall make restitution to Schweggmann Giant Supermarkets in the amount of $7,008.08, Whitney National Bank in the amount of $3,977.57 and Hibernia Bank in the amount of $4,045.20. Any payment made that is not payment in full shall be divided proportionately among the above named. The payment of restitution of $15,030.85 shall begin at once and paid in installments of $100.00 per month. While on probation, the defendant shall comply with the standard general conditions that have been adopted by this court. The defendant shall not possess a firearm. In addition, the following special conditions are imposed: The defendant shall provide the probation officer with access to any requested financial information. The defendant shall participate in an orientation and life skills program as directed by the probation officer. The defendant shall pay any restitution imposed. The defendant does not have the ability to pay a fine and the fine is waived in this case. The Court suspends the drug testing condition.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $100.00 as to Count(s) 1, for a total assessment of $100.00
**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

SIGNED BY:                                              CERTIFIED AS A TRUE COPY
XXX  U.S. District Judge  _____        ON THIS DATE  9-5-00
____ U.S. Magistrate
                                                        BY: _____
              (Date) September 1, 2000                  Deputy Clerk

GOVERNMENT
EXHIBIT
A

# Capital One®

Please send all restitution payments to Capital One (formerly known as Hibernia National Bank before the bank merger) at:

>Capital One
>Bank Legal Department
>313 Carondelet St., 8th Floor
>New Orleans, LA 70130

If I can be of further assistance please let me know.

Thanks,

Christine Howard
Capital One
Agency Coordinator
Phone: 972-916-4153
Fax: 972-916-4806



GOVERNMENT EXHIBIT B