UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-89 |
| KASEDDRA BAHAM | * | SECTION: "F" |

\* \* \*

**O R D E R**

Considering the foregoing motion,

IT IS HEREBY ORDERED that the Judgment and Probation/Commitment Order be amended to change the name of the victim to Capital One.

IT IS FURTHER ORDERED that the payments be made payable to Capital One and mailed to Capital One, Bank Legal Department, 313 Carondelet Street, 8th Floor, New Orleans, LA 70130.

New Orleans, Louisiana, this 22ND day of JUNE, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
 V  CtRmDep_____
___ Doc. No_____
```